**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Alberto BUELNA–AGUILAR, aka Jose
Bastolo–Martinez, Defendant–
Appellant.**

No. 01–10448.
D.C. No. CR–01–00319–EHC.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 7, 2002.*

Decided Oct. 11, 2002.

Before FERNANDEZ, GRABER, and
GOULD, Circuit Judges.

MEMORANDUM**

Alberto Buelna–Aguilar appeals his conviction by guilty plea for one count of illegal re-entry after deportation in violation of 8 U.S.C. § 1326(a). We have jurisdiction under 28 U.S.C. § 1291. We review de novo whether a defendant's waiver in a plea agreement of his right to appeal was knowing and voluntary. *United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000). We dismiss.

Defense counsel's alleged failure to advise Buelna–Aguilar of a possible defense to his crime does not necessarily render Buelna–Aguilar's guilty plea involuntary or

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

unknowing. *See id.* at 1183–84. On this record, Buelna–Aguilar has waived his right to appeal.

Moreover, Buelna–Aguilar's claim of ineffective assistance of counsel is not cognizable on direct appeal. *See United States v. Sager,* 227 F.3d 1138, 1149 (9th Cir. 2000).

**APPEAL DISMISSED.**

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

